IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBIN S. MAVROS,<br><br>Defendant. | 9:21-po-5037-KLD<br><br><br><br>ORDER |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed, and all future court dates are vacated.

Dated this \_\_20th\_\_ day of April, 2022.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge

1